Jeffrey E. Dorsett, Esq. (SBN 272155)
hl@moondorsett.com
MOON & DORSETT, PC
445 South Figueroa Street, Suite 2900
Los Angeles, CA 90071
(213) 380-1526

Attorneys for Plaintiff
DANA M. DORSETT, aka DANA MOON

UNITED STATES BANKRPUTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>HOWARD PARK aka HOWARD KYU PARK,<br>Debtor,<br><br>DANA M. DORSETT AKA DANA MOON,<br><br>Plaintiff,<br>vs.<br><br>HOWARD PARK, BECKTEL C.H. DEVELOPMENT, INC.; CJP DEVELOPMENT, INC.; JHL DEVELOPMENT, INC.; CHONG HOON PARK aka CHONG H. PARK and JONG H. PARK; GRACE G. PARK; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 8-24-bk-10671-TA<br>Chapter 7<br><br>[Removed from Los Angeles County Superior Court Case No. 22STCV05815] |

**NOTICE OF REMOVAL OF STATE COURT ACTION**

**(Removed from Los Angeles County Superior Court,**

**Action No. 21STCV36918)**

To: The Honorable Theodor Albert, United States Bankruptcy Judge.

Pursuant to Title 28, United States Code, Section 1452(a), and Federal Rules of Bankruptcy Procedure, Rule 9027, Creditor and Plaintiff DANA M. DORSETT aka DANA MOON hereby removes a civil action entitled DANA M. DORSETT VS HOWARD PARK, BECKTEL C.H. DEVELOPMENT, INC.; CJP DEVELOPMENT, INC.; JHL DEVELOPMENT, INC.; CHONG HOON PARK aka CHONG H. PARK and JONG H. PARK; GRACE G. PARK, Action No. 22STCV05815 (the "Civil Action"), now pending in the Superior Court for the State of California in and for the County of Los Angeles. This removal is based on the following facts:

1. Dana M. Dorsett aka Dana Moon is a plaintiff in the Civil Action.

2. The United States Bankruptcy Court in this district has jurisdiction over the Civil Action under Title 28, United States Code, Sections 157(a), and 1334(b). Jurisdiction exists under Title 28, United States Code, Section 1334(b) because the Civil Action is related to a bankruptcy case pending in this district as DANA M. DORSETT VS HOWARD PARK, ET AL. Action No. 22STCV05815.

3. The proceeding meets the jurisdictional threshold of 28 U.S.C. § 1334 if the outcome of that proceeding could conceivably have any effect on the estate being administered in bankruptcy. (*See In re Fietz* (9th Cir. 1988) 852 F.2d 455, 457.)

4. Under applicable long-standing federal law, a fraudulent transfer suit by one of a debtor's creditors pending as of the bankruptcy filing becomes property of the bankruptcy estate, and 11 U.S.C. § 362(a) applies to bar any action by anyone in that case outside the Bankruptcy Court.

(*See Mortgage & America* (5th Cir. 1983) 714 F.2d 1266; *NLRB v. Martin Arsham Sewing* (6th Cir. 1989) 873 F.2d 864; *In re Colonial Realty* (1st Cir. 1992) 980 F.2d 125.)

5. The Civil Action is related to the bankruptcy case because the Debtor is a party to all of the claims or causes of action that are removed pursuant to this notice.

4. On removal of the Civil Action, the proceeding will be a core proceeding with the meaning of Title 28, United States Code, Section 157(b)(1), (2).

6. True and correct copies of all process and pleadings filed and served in the Civil Action will be filed no later than 30 days after the filing of the Removal Notice, pursuant to FRBP 9027(a)(1) and 9027(e)(2), and LBR 9027-1(d), subject to LBR 9027- 1(d)(2)(B).

Dated: June 20, 2024

MOON & DORSETT, PC

By: ______________________________
Jeffrey E. Dorsett
Attorneys for Plaintiff Dana Moon

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

445 South Figueroa Street, Suite 2900, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF REMOVAL OF STATE COURT ACTION (Removed from Los Angeles County Superior Court, Action No. 21STCV36918) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 20, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Trustee (Thomas H. Casey):** msilva@tomcaseylaw.com
**Debtor's Attorney (Ji Yoon Kim):** jamie@lklawg.com
**U.S. Trustee:** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 6/20/24, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert, Chief Judge
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/20/24 | Wendy Kim | /s/ [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.